# EXHIBIT "B"

# Repair Order Detail - Internal Copy

RO Number: 606649        RO Status: CLOSED

Customer: WHEELER,JAMES ROBERT                    Click to View Cust Copy
Phone(s): Contact: (903)806-7523    Main: (903)806-7523    Cell: (903)806-7523
Vehicle: 1GCPYBEK7MZ174386    2021    SILV    Silver    PSX_9943

Mileage: 48,846                9/27/21    Payment type: CASH          Waiter: No
Service advisor: 330                       Promised time: 03:30 PM    Estimate:    0.00
Tag number: T12211                         Promised date: 11/18/2021  Customer Comments:  No

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

A       C/S LOUD RATTLE-CLANKING SOUND FROM UNDER HOOD WHEN MOTOR RUNNING
    4066750         WC4      CRANKSHAFT                      31.10           4,079.39
                             REPLACEMENT

        Tech(s):  20
        12695573                  1   F-COVER                              305.56
        12697973                  1   F-(S)CAMSHAFT                        649.09
        12698637                  1   F-(S)CAMSHAFT                        141.47
        12663277                 16   (S)ADJUSTER                           60.16
        12691897                  1   F-(S)ACTUATOR                        102.45
        12691898                  1   (S)ACTUATOR                           98.32
        12706091                  2   (S)BOLT                               76.76
        12702894                  2   (S)MAGNET                             67.94
        11548469                  8   F-(S)BOLT                             29.60
        12664179                  1   F-(S)CRANKSHAFT                      660.41
        12663477                  5   F-(S)BEARING                          17.80
        11547674                 10   (S)BOLT                               39.00
        12693989                  1   (S)SEAL                                3.59
        11548686                  1   (S)BOLT                                5.59
        12707673                  1   F-(S)HOUSING                          54.61
        11548178                 10   (S)BOLT                               33.60
        11548183                  5   (S)BOLT                               18.80
        12663348                  1   (S)GASKET                             25.08
        12671643                  1   F-(S)GUIDE                            10.21
        12671645                  1   F-(S)GUIDE                             7.68
        12701225                 16   F-(S)ARM                              84.32
        12691233                  1   F-(S)GASKET                           35.78
        11547740                 10   F-(S)BOLT                             37.60
        11548183                  3   (S)BOLT                               11.28
        12663797                  1   F-(S)GUIDE                            12.28
        12663426                  1   F-(S)GASKET                            5.31
        12698384                  2   (S)GASKET                              6.72
        12666026                  1   (S)SEAL                                4.92
        12665976                  1   F-(S)GASKET                            4.77
        12665975                  1   F-(S)GASKET                            3.65
        12668035                  1   F-(S)SEAL                              3.56
        12687166                  1   GASKET                                16.55
        12687885                  1   (S)GASKET                              8.48
        84941400                  1   GASKET                                 5.44
        11549150                  2   (S)BOLT                                7.50
        11549086                  2   STUD                                  12.06
        11588835                  2   (S)NUT                                 9.34
        12663529                  1   GASKET                                 3.53
        12696999                  1   GASKET                                 4.54
        12663528                  1   GASKET                                 4.77
        12667635                  1   GASKET                                 3.70

# Repair Order Detail - Internal Copy

RO Number: 606649                           RO Status: CLOSED

Customer: WHEELER,JAMES ROBERT                                        Click to View Cust Copy
Phone(s): Contact: (903)806-7523        Main: (903)806-7523           Cell: (903)806-7523
Vehicle: 1GCPYBEK7MZ174386              2021    SILV        Silver           PSX_9943

Mileage: 48,846                         Payment type: CASH             Waiter: No
Service advisor: 330                    Promised time: 03:30 PM        Estimate:        0.00
Tag number: T12211                      Promised date: 11/18/2021      Customer Comments:   No

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| Part Number | Qty | Description | Price |
|---|---|---|---|
| 12663312 | 1 | (S)PIPE | 47.25 |
| 12663540 | 4 | (S)GASKET | 17.40 |
| 12662045 | 1 | (S)FOLLOWER | 30.12 |
| 12667009 | 1 | (S)SEAL | 3.70 |
| 12700915 | 1 | (S)SEAL KIT | 122.12 |
| 12713653 | 1 | (S)PAN | 96.03 |
| 12692513 | 1 | CLIP | 3.83 |
| 12691858 | 1 | F-(S)TENSIONER | 37.76 |
| 55495105 | 1 | XPF66 | 7.37 |
| 12346290 | 2 | COOLANT DEXCOOL CONC | 40.44 |
| 19333512 | 1 | THREAD SEALANT | 21.87 |
| 88862587 | 1 | CAM PRE-LUBE & LIFTER | 26.74 |
| 12693566 | 1 | F-(S)BEARING KIT | 39.41 |
| 12693045 | 1 | F-(S)PUMP | 145.08 |
| 12663473 | 1 | F-(S)BEARING | 4.50 |
| 12663474 | 2 | F-(S)BEARING | 7.12 |
| 12663475 | 2 | F-(S)BEARING | 7.12 |
| 19369831 | 1 | SEALANT | 33.51 |
| 12689669 | 1 | (S)SEAL | 3.53 |
| 12716029 | 1 | F-(S)COVER | 36.49 |
| 19420057 | 6 | 0W20 DEX1 F/S GEN2 BULK JAM | 37.62 |

Pts:         3,462.83  Lbr:         4,079.39  Other:                0.00  Total Line A:         7,542.22
Story: 48913 PITTED CAMSHAFT LOBES AND ROLLERS FINGER ARMS. 4066750
3110 REMOVED CAMSHAFT HOUSING TO INSPECT PER 9-7010422501.
FOUND PITTED CAMSHAFT LOBES AND ROLLER FINGER FOLLOWERS.
DRAIN OIL AND INSPECT FILTER, OIL AND FILTER CONTAMINATED
WITH METAL. OPEN CASE AND CALL TAC. TO EXPLAIN AND ASK FOR
GUIDANCE WAS TOLD TO INSPECT ENGINE TO DETERMINED IF ENGINE
WAS REPAIRABLE OR NOT. PULL ENGINE OUT OF TRUCK, REMOVED OIL
PAN, CRANKSHAFT INSPECT BEARINGS AND CRANKSHAFT FOUND PITTED
BEARINGS(MAIN AND CONNECTING RODS) CRANKSHAFT DISCOLORED AND
HAVE LINES DEEP ENOUGH TO CATCH WITH FINGER NAILS, ENGINE
BLOCK NOT COMPROMISED. REMOVED OIL PLUS AND CLEAN ENGINE
BLOCK OIL PASSAGES WITH SOLVENT AND CHOP AIR. REPLACE
CRANKSHAFT, INSTALLED NEW MAIN CAP BEARINGS, CONNECTING ROD
BEARINGS, CAMSHAFT HOUSINGS, BOTH CAMSHAFT, BOTH CAMSHAFT
ACTUATORS, ACTUATOR VALVES, ACTUATOR SOLENOIDS, HYDRAULIC
LASH ADJUSTERS, OIL PAN. ALSO FOUND PITTED CHAIN GUIDES.
INSTALLED NEW GUIDES, TENSIONER WITH SHOE AND ALL NECESSARY
GASKETS SEALS AND BOLTS NEEDED TO COMPLETE REPAIRS. FILL
WITH NEW OIL, COOLANT, BLEED COOLING SYSTEM, EVACUATE AND
RECHARGE AC SYSTEM, ROAD TEST 40 MILES, INSPECT FOR ENGINE
NOISE NO ABNORMAL ENGINE NOISE DUPLICATED AT THESE TIME.

# Repair Order Detail - Internal Copy

RO Number: 606649    RO Status: CLOSED

Customer: WHEELER,JAMES ROBERT  
Phone(s): Contact: (903)806-7523    Main: (903)806-7523    Cell: (903)806-7523  
Vehicle: 1GCPYBEK7MZ174386    2021   SILV    Silver    PSX_9943  

**Click to View Cust Copy**

Mileage: 48,846    Payment type: CASH    Waiter: No  
Service advisor: 330    Promised time: 03:30 PM    Estimate:    0.00  
Tag number: T12211    Promised date: 11/18/2021    Customer Comments:  No

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

LABOR CHARGE INCLUDES R/R CRANKSHAFT, CLEAN OIL PASSAGE,
FILL AND BLEED COOLING SYSTEM, EVACUATE AND RECHARGE A/C
SYSTEM. EVACUATE CODE#ReHm0BhUD@00K03%pD1 RECHARGE
CODE#Qenm0BhUD@00K00*A6s

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| | | | | |
|---|---|---|---|---|
| B** | PARTS ONLY | | | |
| PO | IC | PARTS ONLY | 0.00 | 0.00 |
| Tech(s): 20 | | | | |
| 84578275 | | 1 (S)BLADE | | 19.89 |
| 23387855 | | 1 (S)ARM | | 23.09 |

Pts:    42.98  Lbr:    0.00  Other:    0.00  Total Line B:    42.98  
Story: 48886   INSTALLED WIPER ARM AND BLADE.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| Customer Pay | |
|---|---|
| Labor | 0.00 |
| Parts | 0.00 |
| Lube | 0.00 |
| Sublet | 0.00 |
| Miscellaneous/Shop Charge | 0.00 |
| Deductible | 0.00 |
| Total Charges | 0.00 |
| Less Insurance/Adjustment | 0.00 |
| Sales Tax | 0.00 |
| Total | 0.00 |

Page 3, Created: 02/23/2023 05:38:28 PM

# Repair Order Detail - Internal Copy

RO Number: 667530          RO Status: CLOSED

Customer: WHEELER,JAMES ROBERT                                Click to View Cust Copy
Phone(s): Contact: (903)806-7523    Main: (903)806-7523       Cell: (903)806-7523
Vehicle: 1GCPYBEK7MZ174386          2021   SILV     Silver           PSX_9943

Mileage: 78,523                 Payment type: CC, COL, COP    Waiter: No
Service advisor: 331            Promised time: 03:30 PM       Estimate:       0.00
Tag number: T18123              Promised date: 01/18/2023     Customer Comments:  No

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

A       Check engine light is on-report
    300             CP         Check engine light is           1.70                308.96
                               on-report
        Tech(s):  36
        12721653                       1  X(S)PUMP                                 104.27
Pts:          104.27  Lbr:        308.96  Other:         0.00  Total Line A:       413.23
    Story: 170 P1467 SET IN ECM. EVAP PURGE PUMP HAS FAILED. REPLACED
    EVAP PURGE PUMP

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

                            Customer Pay
                            Labor                                          308.96
                            Parts                                          104.27
                            Lube                                             0.00
                            Sublet                                           0.00
                            Miscellaneous/Shop Charge                        0.00
                            Deductible                                       0.00
                            Total Charges                                  413.23
                            Less Insurance/Adjustment                       43.36
                            Sales Tax                                        8.60
                            Total                                          378.47

Page 1, Created: 02/23/2023 05:44:22 PM